IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TENNECO AUTOMOTIVE OPERATING COMPANY INC., <br><br> Plaintiff, <br> v. <br><br> WEBVENTION HOLDINGS LLC and WEBVENTION LLC, <br><br> Defendants. | C.A. No.10-824-GMS |

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

IT IS HEREBY STIPULATED by Plaintiff TENNECO AUTOMOTIVE OPERATING COMPANY, INC., and Defendants WEBVENTION HOLDINGS LLC and WEBVENTION LLC., by their undersigned attorneys, subject to the approval of the Court, that this action be voluntarily dismissed with prejudice and with each party bearing their own costs and fees.

**Stipulated and approved as to form and substance.**

| POTTER ANDERSON & CORROON LLP | ELLIOTT GREENLEAF |
|---|---|
| By: /s/ David E. Moore <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> 1313 N. Market St., 6th Floor <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com | By: /s/ Kenneth L. Dorsney <br> Kenneth L. Dorsney (#3726) <br> Neil R. Lapinski (#3645) <br> 1105 North Market Street, Suite 1700 <br> P.O. Box 2327 <br> Wilmington, DE 19801 <br> (302) 384-9408 <br> kld@elliottgreenleaf.com <br> nrl@elliottgreenleaf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED this ____ day of _____, 2010.

_____
Gregory M. Sleet, Chief Judge

987599 / 36089